IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC., :
 :
            Plaintiffs, :
 : **JURY TRIAL DEMANDED**
    vs. :
 :
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL, :
 :
           Defendants. :
----------------------------------------------------------------- X

**UNITED STATES STEEL CORPORATION'S DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff United States Steel Corporation ("U. S. Steel") in the above-captioned action certifies that U. S. Steel is a publicly traded company that is involved in the manufacture and sale of steel products and related businesses. No parent, subsidiaries, and/or affiliates of U. S. Steel have issued shares to the public and no publicly held corporation owns 10% or more of U. S. Steel's stock.

| | |
|---|---|
| January 6, 2025 | Respectfully submitted, |
| OF COUNSEL: | */s/ Thomas E. Birsic* |
| | Thomas E. Birsic (PA 31092) |
| Grant R. Mainland (NY 4628319) | Eric R.I. Cottle (PA 78152) |
| (*pro hac vice forthcoming*) | Wesley A. Prichard (PA 324411) |
| MILBANK LLP | K&L GATES LLP |
| 55 Hudson Yards | K&L Gates Center |
| New York, NY 10001 | 210 Sixth Avenue |
| Phone: (212) 530-5000 | Pittsburgh, PA 15222 |
| Fax: (212) 530-5219 | Phone: (412) 355-6538 |
| Email: gmainland@milbank.com | Fax: (412) 355-6501 |
| | Email: thomas.birsic@klgates.com |
| Jonathan M. Moses (NY 2836054) | eric.cottle@klgates.com |
| (*pro hac vice forthcoming*) | wesley.prichard@klgates.com |
| Adam L. Goodman (NY 5207816) | |
| (*pro hac vice forthcoming*) | *Counsel for Plaintiff United States Steel Corporation* |
| WACHTELL, LIPTON, ROSEN & KATZ | |
| 51 West 52nd Street | |
| New York, NY 10019 | |
| Phone: (212) 403-1000 | |
| Fax: (212) 403-2000 | |
| Email: jmmoses@wlrk.com | |
| algoodman@wlrk.com | |