IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC., :
 :
         Plaintiffs, :
 : **JURY TRIAL DEMANDED**
   vs. :
 :
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL, :
 :
         Defendants. :
---------------------------------------------------------------- X

## **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs United States Steel Corporation ("U. S. Steel"), Nippon Steel Corporation, and Nippon Steel North America, Inc. ("NSNA" and, together with Nippon Steel Corporation, "NSC") hereby move this Court for an Order preliminarily enjoining performance of an unlawful agreement between Cleveland-Cliffs Inc. ("Cliffs"), its CEO Lourenco Goncalves, and David McCall, President of the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("USW") pursuant to which Defendants have agreed to support an acquisition of U. S. Steel only by Cliffs, to seek to force U. S. Steel to acquiesce in such an acquisition, and to thwart a proposed $14.9 billion merger between U. S. Steel and NSC (the "Merger"). As set forth in the accompanying Complaint (Dkt. No. 1), the unlawful agreement and the Defendants' performance of it violate Sections 1 and 2 of the Sherman Act, among other laws, and tortiously interfere with the Merger. Absent relief, Cliffs' and the USW's unlawful agreement will harm competition in vital iron and steel markets, as U. S. Steel will be deprived of the technological and capital investment it needs to counteract Cliffs' monopolization

campaign. And NSC will be deprived of the unique opportunity to expand its U.S. business operations in a similarly transformative way. The damage to Plaintiffs and the thousands of workers whose jobs are at stake will be irreversible and will not be redressable by monetary damages. Likewise, the unique and valuable opportunity of the transaction for U. S. Steel's public stockholders may forever be lost. Only an injunction can protect Plaintiffs from the ongoing harm that is certain to continue absent judicial intervention.

President Biden's recent Executive Order blocking the Merger does not put an end to Defendants' conspiracy. The public interest demands that U. S. Steel be allowed to seek out the full panoply of alternatives to strengthen its competitive position, rather than being forced to contend with an unlawful agreement that materially limits its strategic options. Plaintiffs are challenging the Executive Order in parallel litigation in the U.S. Court of Appeals for the District of Columbia Circuit. If that challenge succeeds, Defendants will continue to disrupt the Merger. And even if that challenge is unsuccessful, Defendants will continue to use their unlawful agreement to deter partners other than Cliffs from emerging, and to otherwise limit U. S. Steel's ability to pursue strategic alternatives.

The grounds for this Motion for Preliminary Injunction will be further set forth in a brief to be filed on March 31, 2025, pursuant to the proposed schedule set forth in Plaintiffs' Motion for Expedited Proceedings Relating to Unlawful Agreement Between Cleveland-Cliffs Inc. and United Steelworkers Union (Dkt. No. 4), or at such other time as may be ordered by the Court.

| | |
|---|---|
| January 6, 2025 | Respectfully submitted, |

OF COUNSEL:

Grant R. Mainland (NY 4628319)
James H. Weingarten (DC 985070)
(*pro hac vice* forthcoming)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 530-5000
Fax: (212) 530-5219
gmainland@milbank.com
jweingarten@milbank.com

Jonathan M. Moses (NY 2836054)
Adam L. Goodman (NY 5207816)
(*pro hac vice* forthcoming)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
jmmoses@wlrk.com
algoodman@wlrk.com

*/s/ Thomas E. Birsic*
Thomas E. Birsic (PA 31092)
Eric R.I. Cottle (PA 78152)
Wesley A. Prichard (PA 324411)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6538
Fax: (412) 355-6501
thomas.birsic@klgates.com
eric.cottle@klgates.com
wesley.prichard@klgates.com

*Attorneys for Plaintiff United States Steel Corporation*

OF COUNSEL:

David B. Hennes (NY 2773190)
Alexander B. Simkin (NY 4463691)
Andrew S. Todres (NY 5347521)
Stefan P. Schropp (DC 1026864)
(*pro hac vice forthcoming*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
David.Hennes@ropesgray.com
Alexander.Simkin@ropesgray.com
Andrew.Todres@ropesgray.com
Stefan.Schropp@ropesgray.com

*/s/ Daniel I. Booker*
Daniel I. Booker (PA 10319)
Christopher R. Brennan (PA 313534)
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA, 15222
Phone: (412) 288-3131
Fax: (412) 288-3063
DBooker@reedsmith.com
CBrennan@reedsmith.com

*Attorneys for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc.*

Case 2:25-cv-00015   Document 3   Filed 01/06/25   Page 3 of 3

3