IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC.

    Plaintiffs,

vs.

CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL

    Defendants.

Civil Action No.: 2:25-cv-15

---

**CORPORATE DISCLOSURE STATEMENT OF NIPPON STEEL CORPORATION**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Nippon Steel Corporation ("NSC"), in the above captioned action, certifies that:

1. NSC is a publicly traded corporation incorporated in Japan;

2. NSC has no parent company and no publicly traded company owns 10% or more of NSC's stock;

3. The following subsidiaries or affiliates of NSC have issued shares or debt securities to the public:

    a. NS Solutions Corporation;

    b. Sanyo Special Steel Co, Ltd.;

    c. Krosaki Harima Corporation;

    d. Osaka Steel Co., Ltd.;

    e. Geostr Corporation;

    f. G Steel Public Company Limited;

g. G J Steel Public Company Limited;

h. PT Pelat Timah Nusantara TBK;

i. Takasago Tekko K.K.;

j. NS United Kaiun Kaisha, Ltd.;

k. Kyoei Steel Ltd.;

l. Topy Industries, Limited;

m. Nichia Steel Works Ltd;

n. Godo Steel, Ltd.;

o. Sanko Metal Industrial Co., Ltd.;

p. Sanyu Co., Ltd;

q. Nippon Denko Co., Ltd;

r. Nippon Coke & Engineering Co., Ltd.;

s. Kukdo Chemical Co., Ltd.;

t. Usinas Siderurgicas De Minas Gerais S.A.;

u. Rojana Industrial Park Public Co., Ltd.

Dated: January 6, 2025

OF COUNSEL:

David B. Hennes (NY 2773190)
(pro hac vice forthcoming)
Alexander B. Simkin (NY 4463691)
(pro hac vice forthcoming)
Andrew S. Todres (NY 5347521)
(pro hac vice forthcoming)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
David.Hennes@ropesgray.com
Alexander.Simkin@ropesgray.com
Andrew.Todres@ropesgray.com

Stefan P. Schropp (DC 1026864)
(pro hac vice forthcoming)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4600
Stefan.Schropp@ropesgray.com

*Attorneys for Plaintiffs Nippon Steel North America, Inc. and Nippon Steel Corporation*

Respectfully submitted,

*/s/ Christopher R. Brennan*
Daniel I. Booker (PA 10319)
Christopher R. Brennan (PA 313534)
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA, 15222
Phone: (412) 288-3131
Fax: (412) 288-3063
Email: DBooker@reedsmith.com
CBrennan@reedsmith.com

*Attorneys for Plaintiffs Nippon Steel North America, Inc. and Nippon Steel Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.


                                              */s/ Christopher R. Brennan*
                                              Christopher R. Brennan