IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION,  :
NIPPON STEEL CORPORATION, and NIPPON  :   Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC.,  :
               Plaintiffs,  :
                                                  :   **JURY TRIAL DEMANDED**
      vs.  :

CLEVELAND-CLIFFS INC., LOURENCO  :
GONCALVES, and DAVID McCALL,  :
              Defendants.  :
---------------------------------------------------------------- X

### ENTRY OF APPEARANCE

Please enter the appearance of Wesley A. Prichard of K&L Gates LLP as counsel for Plaintiff United States Steel Corporation in the above-captioned matter.

January 6, 2025

Respectfully submitted,

*/s/ Wesley A. Prichard*
Wesley A. Prichard (PA 324411)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222
Phone:  (412) 355-6538
Fax:  (412) 355-6501
Email:  wesley.prichard@klgates.com

*Counsel for Plaintiff United States Steel Corporation*