IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC., | Civil Action No.: 2:25-cv-15 |
| Plaintiffs, | |
| vs. | **JURY TRIAL DEMANDED** |
| CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL, | |
| Defendants. | |

---

## ENTRY OF APPEARANCE

Please enter the appearance of Eric R.I. Cottle of K&L Gates LLP as counsel for Plaintiff United States Steel Corporation in the above-captioned matter.

January 6, 2025

Respectfully submitted,

*/s/ Eric R.I. Cottle*
Eric R.I. Cottle (PA 78152)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222
Phone:  (412) 355-6538
Fax:  (412) 355-6501
Email:  eric.cottle@klgates.com

*Counsel for Plaintiff United States Steel Corporation*