IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC. :
 :
         Plaintiffs, :
 :
   vs. :
 :
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL :
 :
         Defendants. :
---------------------------------------------------------------- X

## NOTICE OF APPEARANCE

    Kindly enter the appearance of Daniel I. Booker on behalf of Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-referenced matter.

| | |
|---|---|
| Dated: January 6, 2025 | Respectfully submitted, |
| | |
| | */s/ Daniel I. Booker* |
| | Daniel I. Booker (PA 10319) |
| | REED SMITH LLP |
| | 225 Fifth Avenue |
| | Pittsburgh, PA, 15222 |
| | Phone: (412) 288-3131 |
| | Fax: (412) 288-3063 |
| | Email: DBooker@reedsmith.com |
| | |
| | *Attorney for Plaintiffs Nippon Steel North America, Inc. and Nippon Steel Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Daniel I. Booker*
Daniel I. Booker