IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC. :
:
              Plaintiffs, :
:
  vs. :
:
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL :
:
             Defendants. :
---------------------------------------------------------------- X

**MOTION FOR ADMISSION PRO HAC VICE OF STEFAN P. SCHROPP**

Stefan P. Schropp, undersigned counsel for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc., hereby moves that Stefan P. Schropp be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Stefan P. Schropp filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                        Respectfully submitted

Dated: January 6, 2025

                                        /s/ *Stefan P. Schropp*
                                        Stefan P. Schropp
                                        D.C. Bar No. 1026864
                                        Md. Bar No. 1702130002
                                        Ropes & Gray LLP
                                        2099 Pennsylvania Avenue, NW
                                        Washington, D.C. 20006-6807
                                        Tel: (202) 508-4600
                                        Fax: (202) 508-4650
                                        stefan.schropp@ropesgray.com

                                        *Of Counsel for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC. | Civil Action No.: 2:25-cv-15 |
| Plaintiffs, | |
| vs. | |
| CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL | |
| Defendants. | |

**AFFIDAVIT OF STEFAN P. SCHROPP IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Stefan P. Schropp, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Stefan P. Schropp, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm of Ropes & Gray LLP.

2. My business address is 2099 Pennsylvania Avenue, NW Washington, D.C. 20006-6807.

3. I am a member in good standing of the bars of Washington, D.C., Maryland, the U.S. Supreme Court, the U.S. Court of Appeals for the 4th Circuit, the U.S. Court of Appeals for the 9th Circuit, the U.S. Court of Appeals for the 11th Circuit, the U.S. District Court for the District of Maryland, and the U.S. District Court for the Middle District of Georgia.

4. My bar identification numbers are 1026864 (Washington, D.C.), 1702130002 (Maryland), 315905 (U.S. Supreme Court), and 21699 (U.S. District Court for the District of Maryland).

5. A current certificate of good standing from Washington, D.C. is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted

Dated: January 6, 2025

/s/ *Stefan P. Schropp*
Stefan P. Schropp

# **EXHIBIT A**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Stefan Parker Schropp

was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 12, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------ X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC. :
:
           Plaintiffs, :
:
  vs. :
:
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL :
:
          Defendants. :
------------------------------------------------------------------ X

**PROPOSED ORDER**

AND NOW, to wit, this _____ day of January, 2025, upon consideration of the Motion for Admission *Pro Hac Vice* of Stefan P. Schropp, it is hereby ORDERED that said Motion be and hereby is GRANTED and Stefan P. Schropp is hereby admitted to this Court *pro hac vice* for the purpose of representing Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-captioned actions.

                                                             BY THE COURT:

                                                              _____