# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC. | Civil Action No.: 2:25-cv-15 |
| Plaintiffs, | |
| vs. | |
| CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL | |
| Defendants. | |

**MOTION FOR ADMISSION PRO HAC VICE OF DAVID B. HENNES**

David B. Hennes, undersigned counsel for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc., hereby moves that David B. Hennes be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of David B. Hennes filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: January 6, 2025

Respectfully submitted

/s/ *David B. Hennes*
David B. Hennes
Ropes & Gray LLP
N.Y. Bar No. 2773190
N.J. Bar No. 047441995
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
david.hennes@ropesgray.com

*Of Counsel for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC. :
:
           Plaintiffs, :
:
  vs. :
:
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL :
:
           Defendants. :
---------------------------------------------------------------- X

**AFFIDAVIT OF DAVID B. HENNES IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

    I, David B. Hennes, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, David B. Hennes, being duly sworn, do hereby depose and say as follows:

    1.    I am a Partner of the law firm of Ropes & Gray LLP.

    2.    My business address is 1211 Avenue of the Americas, New York, NY 10036-8704.

    3.    I am a member in good standing of the bars of New York, New Jersey, the U.S. Court of Appeals for the 2nd Circuit, the U.S. Court of Appeals for the 3rd Circuit, the U.S. Court of Appeals for the 6th Circuit, the U.S. Court of Appeals for the 9th Circuit, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern

District of New York, the U.S. District Court for the Western District of New York, the U.S. District Court for the District of New Jersey, and the U.S. District Court for the Western District of Michigan.

4. My bar identification numbers are 2773190 (New York), 047441995 (New Jersey), and DH5708 (U.S. District Court for the Southern District of New York).

5. A current certificate of good standing from New York is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted

Dated: January 6, 2025

/s/ *David B. Hennes*
David B. Hennes

2

# EXHIBIT A



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## David Brian Hennes

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 17, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 12, 2024.

*Robert D Mayberger*

Clerk of the Court

CertID-00204797



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------ X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC. :
 :
          Plaintiffs, :
 :
  vs. :
 :
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL :
 :
          Defendants. :
------------------------------------------------------------------ X

**PROPOSED ORDER**

AND NOW, to wit, this _____ day of January, 2025, upon consideration of the Motion for Admission *Pro Hac Vice* of David B. Hennes, it is hereby ORDERED that said Motion be and hereby is GRANTED and David B. Hennes is hereby admitted to this Court *pro hac vice* for the purpose of representing Plaintiffs Nippon Steel Corporation and Nippon Steel North America, Inc. in the above-captioned actions.

BY THE COURT:

_____