IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL, <br><br> Defendants. | No. 2:25-cv-00015-MJH |

## NOTICE OF APPEARANCE

Kindly enter my appearance in the above-captioned matter on behalf of Defendants CLEVELAND-CLIFFS INC. and LOURENCO GONCALVES. Thank you.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

Dated: January 10, 2025

By: */s/ Peter St. Tienne Wolff*
Peter St. Tienne Wolff
PA ID No. 208433
PSW@Pietragallo.com

One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (Phone)
(412) 263-2001 (Fax)

*#11265939.1*

1