IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL, <br><br>　　　　　　　　　　Defendants. | No. 2:25-cv-00015-MJH |

**DISCLOSURE STATEMENT FOR CLEVELAND-CLIFFS INC.**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cleveland-Cliffs Inc. ("Cliffs"), in the above captioned action, certifies the following:

1. Cliffs is a publicly traded corporation incorporated in Ohio;

2. Cliffs has no parent company and no publicly traded company owns 10% or more of Cliffs' stock;

3. Cliffs does not have any subsidiaries or affiliates that have issued currently outstanding shares or debt securities to the public.

2

|  | Respectfully submitted, |
|---|---|
| Dated: <u>January 10, 2025</u> | By: <u>*/s/ William Pietragallo, II*</u> |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| Andrew J. Rossman (*pro hac vice*)<br>Steig D. Olson (*pro hac vice*)<br>Owen F. Roberts (*pro hac vice*)<br>Mario O. Gazzola (*pro hac vice*) | William Pietragallo, II (PA ID No. 16413)<br>Peter St. Tienne Wolff (PA ID No. 208433)<br>Matthew R. Barnes (PA ID No. 328771)<br>Quintin DiLucente (PA ID No. 330648) |
| 295 Fifth Avenue<br>New York, NY 10016<br>(212) 849-7000 (Phone)<br>(212) 849-7100 (Fax)<br>andrewrossman@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>owenroberts@quinnemanuel.com<br>mariogazzola@quinnemanuel.com | One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000 (Phone)<br>(412) 263-2001 (Fax)<br>wp@pietragallo.com<br>psw@pietragallo.com<br>mrb@pietragallo.com<br>qd@pietragallo.com |
|  | *Counsel for Defendants,*<br>*Cleveland-Cliffs Inc. and*<br>*Lourenco Goncalves* |

*#11267853.1*