**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------------- X

| | | |
|---|---|---|
| UNITED STATES STEEL CORPORATION, | : | |
| NIPPON STEEL CORPORATION, and NIPPON | : | Civil Action No.: 2:25-cv-15 |
| STEEL NORTH AMERICA, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **JURY TRIAL DEMANDED** |
| vs. | : | |
| | : | |
| CLEVELAND-CLIFFS INC., LOURENCO | : | |
| GONCALVES, and DAVID McCALL, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------- X

**MOTION FOR LEAVE TO FILE REPLY**
**IN SUPPORT OF MOTION FOR EXPEDITED PROCEEDINGS**

Plaintiffs United States Steel Corporation ("U. S. Steel"), Nippon Steel Corporation, and Nippon Steel North America, Inc. (collectively, "Plaintiffs") seek leave of Court to file a reply in support of their Motion for Expedited Proceedings (Doc. No. 4).

Neither Plaintiffs' Motion for Expedited Proceedings nor Defendants' oppositions address significant factual developments that occurred this week. These include new attempts to interfere with the Merger, including lies and aggressive personal attacks leveled against Plaintiffs by Defendant Lourenco Goncalves, as well as the announcement by Defendant Cleveland-Cliffs Inc. of a new effort to monopolize critical steel markets by acquiring U. S. Steel. These developments directly bear on the illegal conduct about which Plaintiffs seek expedited discovery, and Plaintiffs seek to bring them to the Court's attention in a reply.

Further, Defendants' oppositions advance several incorrect arguments, including ones that evince critical misunderstandings of both the D.C. Circuit litigation and the purpose for which

Plaintiffs seek expedited discovery.  Plaintiffs submit that a short reply correcting them would aid the Court's consideration of Plaintiffs' Motion for Expedited Proceedings.

Defendants filed two opposition briefs totaling 30 pages.  For the foregoing reasons, Plaintiffs respectfully request the Court grant them leave jointly to file the attached ten-page Reply in Support of their Motion for Expedited Proceedings.[1]

---

[1] By advance agreement with counsel for Defendants, Plaintiffs are filing this by noon today.

January 16, 2025

Respectfully submitted,

OF COUNSEL:
Grant R. Mainland (NY 4628319)
James H. Weingarten (DC 985070)
(*pro hac vice*)
Milbank LLP
55 Hudson Yards
New York, NY  10001
Phone:  (212) 530-5000
Fax:  (212) 530-5219
gmainland@milbank.com
jweingarten@milbank.com

Jonathan M. Moses (NY 2836054)
Adam L. Goodman (NY 5207816)
(*pro hac vice*)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019
Phone:  (212) 403-1000
Fax:  (212) 403-2000
jmmoses@wlrk.com
algoodman@wlrk.com

   */s/ Thomas E. Birsic*
Thomas E. Birsic (PA 31092)
Eric R.I. Cottle (PA 78152)
Wesley A. Prichard (PA 324411)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222
Phone:  (412) 355-6538
Fax:  (412) 355-6501
thomas.birsic@klgates.com
eric.cottle@klgates.com
wesley.prichard@klgates.com

*Attorneys for Plaintiff United States Steel
Corporation*


OF COUNSEL:

David B. Hennes (NY 2773190)
Alexander B. Simkin (NY 4463691)
Andrew S. Todres (NY 5347521)
Stefan P. Schropp (DC 1026864)
(*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
David.Hennes@ropesgray.com
Alexander.Simkin@ropesgray.com
Andrew.Todres@ropesgray.com
Stefan.Schropp@ropesgray.com

   */s/ Daniel I. Booker*
Daniel I. Booker (PA 10319)
Christopher R. Brennan (PA 313534)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA, 15222
Phone:  (412) 288-3131
Fax:  (412) 288-3063
DBooker@reedsmith.com
CBrennan@reedsmith.com

*Attorneys for Plaintiffs Nippon Steel Corporation
and Nippon Steel North America, Inc.*