IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC.,

    Plaintiffs,

vs.

CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL,

    Defendants.

Civil Action No.: 2:25-cv-15

**JURY TRIAL DEMANDED**

---

**ORDER**

**AND NOW**, upon consideration of Plaintiffs' Motion for Leave to File Reply in Support of Motion for Expedited Proceedings, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff is hereby directed to file Plaintiffs' Reply in Support of Motion for Expedited Proceedings, which was attached as Exhibit 1 to the Motion (Doc. No. 54-1).

BY THE COURT:

_[signature]_
Marilyn J. Horan, United States District Judge