IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, NIPPON STEEL NORTH AMERICA INC, <br><br> Plaintiffs, <br><br> vs. <br><br> CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, DAVID MCCALL, <br><br> Defendants, | 2:25-CV-00015-MJH |

ORDER

Following consideration of Plaintiffs, United States Steel Corporation, Nippon Steel Corporation, and Nippon Steel North America Inc.'s, Motion to Expedite Proceedings on Claims Relating to Unlawful Agreement Between Cleveland-Cliffs Inc. and United Steelworkers Union (ECF No. 4), the respective briefs (ECF Nos. 50, 51, and 56), the arguments of counsel, and for the reasons stated on the record, said Motion is denied as premature.

It is further ordered, by agreement of counsel, as follows:

1. Defendants shall file their motions to dismiss on or before February 4, 2025;

2. Plaintiffs shall file their briefs in opposition on or before February 21, 2025;

3. Defendants shall file their reply briefs on or before February 28, 2025;

4. Oral argument on Defendants' motion is scheduled for March 12, 2025 at 9 a.m. in Courtroom 8A.

5. Written and oral arguments on the motions to dismiss and responses will be limited to the four issues agreed to by counsel, Counts 1, 4, 8, and 9 of Plaintiffs' Complaint (ECF No. 1).

6. Deadlines for responsive pleadings and/or Rule 12 motions on the remaining claims are stayed.

7. During the pendency of the motions to dismiss, Plaintiffs shall confer with Defendants on a proposed scope of discovery they would seek in support of their Motion for Preliminary Injunction (ECF No. 3) should those claims survive Defendants' Motion to Dismiss.

8. Counsel shall confer on appropriate page limits for their motions to dismiss and responsive briefing.

DATED this 17th day of January, 2025.

BY THE COURT:

*/s/ Marilyn J. Horan*
MARILYN J. HORAN
United States District Judge