IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC.,<br><br>                    Plaintiffs<br>vs.<br><br>CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL,<br><br>                    Defendants. | Civil Action No. 2:25-cv-15<br><br>Hon. Marilyn J. Horan |

**MOTION TO DISMISS COUNTS 1, 4, 8, & 9 AND FOR
AN AWARD OF ATTORNEY FEES, COURT COSTS, AND LITIGATION EXPENSES**

Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves, by and through their undersigned counsel, in accordance with this Honorable Court's January 17, 2025 Order (Dkt. 74), and for the reasons set forth in the accompanying Brief in Support of this Motion, hereby move to dismiss counts 1, 4, 8, & 9 of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and additionally move for an award of attorney fees, court costs, and litigation expenses pursuant to the Pennsylvania Uniform Public Expression Protection Act, 42 Pa.C.S.A. § 8340.11 *et seq*.

A proposed order is attached hereto.

Dated:  February 4, 2025                                                          Respectfully submitted,

                                                                                              By: */s/ William Pietragallo, II*

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| Andrew J. Rossman (*pro hac vice*)<br>Steig D. Olson (*pro hac vice*)<br>Owen F. Roberts (*pro hac vice*)<br>Mario O. Gazzola (*pro hac vice*) | William Pietragallo, II (PA ID No. 16413)<br>Peter St. Tienne Wolff (PA ID No. 208433)<br>Matthew R. Barnes (PA ID No. 328771)<br>Quintin DiLucente (PA ID No. 330648) |

295 Fifth Avenue
New York, NY 10016
(212) 849-7000 (Phone)
(212) 849-7100 (Fax)
andrewrossmann@quinnemanuel.com
steigolson@quinnemanuel.com
owenroberts@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Attorneys for Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves*

One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(412) 263-1818 (Phone)
(412) 263-2001 (Fax)
wp@pietragallo.com
mrb@pietragallo.com
psw@pietragallo.com
qd@pietragallo.com

*Attorneys for Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC.,<br><br>　　　　　　　　　Plaintiffs<br>vs.<br><br>CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:25-cv-15<br><br>Hon. Marilyn J. Horan |

**CERTIFICATE OF CONFERRAL**

Pursuant to § 1(g) of this Court's Standing Order and Procedures on Civil Motion Practice, I hereby certify that on and after January 17, 2025, counsel for Defendants and counsel for Plaintiffs met and conferred regarding the subject matter of the foregoing motion. Counsel for the parties were unable to reach a resolution.

Dated:  February 4, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:  */s/ William Pietragallo, II*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Andrew J. Rossman (*pro hac vice*)
Steig D. Olson (*pro hac vice*)
Owen F. Roberts (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)

295 Fifth Avenue
New York, NY 10016
(212) 849-7000 (Phone)
(212) 849-7100 (Fax)
andrewrossmann@quinnemanuel.com
steigolson@quinnemanuel.com
owenroberts@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Attorneys for Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves*

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

William Pietragallo, II (PA ID No. 16413)
Peter St. Tienne Wolff (PA ID No. 208433)
Matthew R. Barnes (PA ID No. 328771)
Quintin DiLucente (PA ID No. 330648)

One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(412) 263-1818 (Phone)
(412) 263-2001 (Fax)
wp@pietragallo.com
mrb@pietragallo.com
psw@pietragallo.com
qd@pietragallo.com

*Attorneys for Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves*