UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC.,<br><br>                    Plaintiffs<br>vs.<br><br>CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL,<br><br>                    Defendants. | Civil Action No. 2:25-cv-15<br><br>Hon. Marilyn J. Horan |

### [PROPOSED] ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves' Motion to Dismiss Counts One, Four, Eight, and Nine of the Complaint, and For An Award of Attorney Fees, Court Costs, and Litigation Expenses, Plaintiffs' Opposition thereto, and Defendants' Reply in Support Thereof, Defendants' Motion is GRANTED.

Counts One, Four, Eight, and Nine of the Complaint are DISMISSED with prejudice.

Pursuant to 42 Pa.C.S.A. § 8340.18(a)(1), the Court AWARDS Defendants all attorney fees, court costs, and expenses of litigation incurred by Defendants in connection with the litigation of Counts Eight and Nine of the Complaint. Defendants shall make an application to the Court setting forth such fees, costs, and expenses no later than the _____ day of _____, 2025.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge