IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC. <br><br> Plaintiffs, <br><br> v. <br><br> CLEVELAND- CLIFFS INC., LOURENCO GONCALVES, AND DAVID MCCALL <br><br> Defendants. | Civil Action No. 2:25-cv-15 <br><br> Hon. Marilyn J. Horan |

## **[PROPOSED] ORDER**

Following consideration of the Motions to Dismiss filed by Defendants (ECF Nos. 77 and 79) and all submissions related thereto, it is ordered that Counts One, Four, Eight, and Nine of the Complaint are dismissed with prejudice for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs, jointly and severally, are ordered to pay Plaintiffs' attorney fees, court costs, and expenses associated with litigating Plaintiffs' state law claims.

DATED this ___ day of _____, 2025.

                                                                BY THE COURT:

                                                                 _____
                                                                MARILYN J. HORAN
                                                                United States District Judge