IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC., | Civil Action No.: 2:25-cv-15 |
| Plaintiffs, | |
| vs. | |
| CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL, | |
| Defendants. | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**

The Court, having considered the motions to dismiss of Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves (Doc. No. 77) and of Defendant David McCall (Doc. No. 79), all related briefing by the parties, and after hearing oral argument on the same, hereby orders that:

1. Defendants Cleveland-Cliffs Inc. and Lourenco Goncalves's Motion to Dismiss Counts 1, 4, 8, & 9 and for an Award of Attorney Fees, Court Costs, and Litigation Expenses (Doc. No. 77) is hereby denied.

2. Defendant David McCall's Motion to Dismiss the Expedited Claims and for an Award of Attorney Fees, Court Costs, and Litigation Expenses (Doc. No. 79) is hereby denied.

DATED this ____ day of _____ 2025.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge

1