**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION, :
NIPPON STEEL CORPORATION, and NIPPON :
STEEL NORTH AMERICA, INC., : Civil Action No.: 2:25-cv-15
                                        Plaintiffs, :
    vs. :
CLEVELAND-CLIFFS INC., LOURENCO :
GONCALVES, and DAVID McCALL, :
                                        Defendants. :
------------------------------------------------------------- X

**TABLE OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS COUNTS I, IV, VIII, AND IX**

## **TABLE OF EXHIBITS**

Exhibit A:  Letter, dated July 28, 2023, from CEO of Cleveland-Cliffs Inc. to United States Steel Corporation

Exhibit B:  Letter, dated August 3, 2023, from President of the United Steelworkers

Exhibit C:  Transcript of call between CEO of Cleveland-Cliffs Inc. and Pentwater Capital Management on March 15, 2024

Exhibit D:  Plaintiffs' Proposed Preliminary Injunction Order, as sent to Defendants on January 29, 2025