

March 17, 2025

**By CM/ECF**

Hon. Marilyn J. Horan
Joseph J. Weis, Jr. U.S. Courthouse
700 Grant Street, Room 8170
Pittsburgh, PA 15219

Thomas E. Birsic
thomas.birsic@klgates.com

T +1 412 355 6538
F +1 412 355 6501

Re:   *United States Steel Corp., et al. v. Cleveland-Cliffs Inc., et al.*, **No. 2:25-cv-15**

Dear Judge Horan:

We write on behalf of United States Steel Corporation and jointly with counsel for Nippon Steel Corporation and Nippon Steel North America, Inc. to advise the Court of a development in the D.C. Circuit litigation challenging the CFIUS review process in connection with the merger between U. S. Steel and Nippon Steel. Late Friday, at the request of the Department of Justice, U. S. Steel and Nippon Steel agreed to extend certain deadlines in the parties' challenge to former President Biden's block of the transaction. A copy of the submission is attached. Plaintiffs will promptly advise the Court of any material developments.

Very truly yours,

Thomas E. Birsic, Esq.

    CC:        All Counsel of Record (*via CM/ECF*)

    Enclosure:    Consent Motion for Extension of Time to File Classified Administrative Record and Response and Reply Briefs (Doc. No. 2105871), *United States Steel Corp., et al. v. Comm. on Foreign Investment in the U.S., et al.*, No. 25-1004; In the United States Court of Appeals for the District of Columbia Circuit