IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, NIPPON STEEL NORTH AMERICA INC, <br><br> Plaintiffs, <br><br> vs. <br><br> CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, DAVID MCCALL, <br><br> Defendants, | 2:25-CV-00015-MJH |

ORDER

On January 17, 2025, at oral argument on Plaintiffs' Motion to Expedite Proceedings (ECF No. 74), the parties agreed to bifurcate responsive pleadings. Therefore, Defendants' initial motions to dismiss were filed, but limited to Counts I, IV, VIII, and IX, in order to test the merits of claims supporting Plaintiffs' Motion for Preliminary Injunction. (ECF No. 74).

On February 4, 2025, Defendants filed their initial motions to dismiss (ECF Nos. 77 and 78), and on March 13, 2025, the Court held oral argument and took the motions to dismiss under advisement (ECF No. 90). In the interim, the parties kept the Court advised of developments in the concurrent D.C. Circuit litigation (ECF Nos. 91, 92, 93, 95, and 96).

On April 15, 2025, Court staff advised the parties that it was ready to file its Opinion on Defendants' Motion to Dismiss Counts I, IV, VIII, and IX. At that time, the Court offered, if the parties unanimously agreed, to withhold filing the Opinion due to ongoing developments outside the instant litigation. On April 16, 2025, the parties unanimously agreed to delay the issuance of the Opinion and provide updates to the Court. On May 16, 2025 and June 16, 2025, the parties

communicated with the Court that the parties had conferred and jointly requested that the Court continue to defer filing its Opinion.

On June 30, 2025 and July 1, 2025, correspondence from counsel indicated the parties were ready for the Court to issue its decision. In addition, counsel of Cleveland-Cliffs raised the additional issue that the closing of the transaction between Plaintiffs moots Counts I, IV, VIII, and IX.

Given the developments of the case since oral argument and the issues of justiciability, the Court will hold a video status conference on **July 7, 2025 at 11:15 a.m.** to preliminarily address these matters.

DATED this 3rd day of July, 2025.

BY THE COURT:

MARILYN J. HORAN
United States District Judge