# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------- X
UNITED STATES STEEL CORPORATION,  :
NIPPON STEEL CORPORATION, and NIPPON  : Civil Action No.: 2:25-cv-15
STEEL NORTH AMERICA, INC.,  :
  :
          Plaintiffs,  :
  :
  : **JURY TRIAL DEMANDED**
     vs.  :
  :
CLEVELAND-CLIFFS INC., LOURENCO  :
GONCALVES, and DAVID McCALL,  :
  :
          Defendants.  :
------------------------------------------------------------- X

## UNITED STATES STEEL CORPORATION'S
## FIRST AMENDED DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff United States Steel Corporation ("U. S. Steel") in the above-captioned action certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: Nippon Steel Corporation.

July 11, 2025

OF COUNSEL:
Grant R. Mainland (NY 4628319)
James H. Weingarten (DC 985070)
(*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Phone:  (212) 530-5000
Fax:  (212) 530-5219
gmainland@milbank.com
jweingarten@milbank.com

Jonathan M. Moses (NY 2836054)
Adam L. Goodman (NY 5207816)
(*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Phone:  (212) 403-1000
Fax:  (212) 403-2000
jmmoses@wlrk.com
algoodman@wlrk.com

Respectfully submitted,

   /s/ *Thomas E. Birsic*
Thomas E. Birsic (PA 31092)
Eric R.I. Cottle (PA 78152)
Wesley A. Prichard (PA 324411)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222
Phone:  (412) 355-6538
Fax:  (412) 355-6501
thomas.birsic@klgates.com
eric.cottle@klgates.com
wesley.prichard@klgates.com

*Attorneys for Plaintiff United States Steel Corporation*