# Exhibit A

# 日鉄会長、日本の製造業を守る決意　「敗者にならないために投資」

2025/7/7 5:00 |日本経済新聞　電子版

| 翻訳結果 |
|---|

　米USスチールの買収を完了した日本製鉄の橋本英二会長は日本経済新聞の取材に応じ、日鉄の技術者をUSスチールに送り込むことで「世界一の開発力を維持し、日本の製造業を維持する」と思いを語った。「大転換の時には新しい勝者と新しい敗者が必ず生まれる。勝者になるために今、集中して投資しなければいけない」と攻めの経営を続ける考えを示した。主なやり取りは以下の通り。

Eiji Hashimoto, chairman of Nippon Steel Corporation, which has completed its acquisition of U.S. Steel, spoke to Nikkei in an interview about his intention to "maintain the world's leading development capabilities and preserve Japan's manufacturing industry" by sending Nippon Steel engineers to U.S. Steel. "At times of great change, new winners and new losers are sure to emerge. In order to become winners, we need to concentrate and invest now," he said, indicating his intention to continue with an aggressive management approach. The main exchanges are as follows.

トランプ大統領はリスクに気づいた

President Trump recognized the risks.

　──USスチールの買収は1年半にわたるタフな交渉でした。トランプ政権との交渉で、決め手となった瞬間はあったでしょうか。

--The acquisition of U.S. Steel involved tough negotiations that lasted a year and a half. Was there a defining moment in your negotiations with the Trump administration?

「何かをきっかけにトランプ氏が考えを変えたとか、交渉の中で節目があったとか、そういう簡単なことではなかった。（日鉄によるUSスチール買収は）米国にとってもメリットがあり、日鉄にとってもある。結局、今回は当たり前の結論になった。（完全子会社化に一貫して反対していた）トランプ氏が100％出資を認めたのは、関税だけでは米鉄鋼業は再建できないリスクがある、と気づいたからではないか」

「さらに言うと、地元の人も気づいた。当初は（USスチールが本社を置くペンシルベニア州の）州知事や地元の政治家のほか、労働組合傘下の従業員も皆、賛成ではなかった。だが、競合大手の（米鉄鋼2位）クリーブランド・クリフスが（高炉休止など）苦戦するのをみて、冷静に考えると日鉄とUSスチールが一緒になることが、USスチールの再建にとって唯一の方策で、実現しなければ地元経済も打撃を受けると理解してくれた」

"It wasn't as simple as Trump changing his mind about something or there being a turning point in the negotiations. (Nippon Steel's acquisition of U.S. Steel) has benefits for both the United States and Nippon Steel. In the end, it became a natural conclusion this time. I think the reason Trump (who has consistently opposed making the company a wholly owned subsidiary) agreed to 100% investment is because he realized that there was a risk that tariffs alone would not be enough to rebuild the U.S. steel industry."

"Moreover, the local people also realized. At first, none of the governor of the state (where U.S. Steel is headquartered) or local politicians, nor even the unionized employees, were in favor of it. But when they saw that Cleveland-Cliffs, a major rival (the second-largest steel company in the U.S) was struggling (by suspending its blast furnaces, etc.), they thought things through calmly and came to understand that the only way for U.S. Steel to rebuild was for Nippon Steel and U.S. Steel to come together, and that if that didn't happen, the local economy would also be hit hard."

「地元の声が最後は1つになった。労働組合傘下のUSスチール従業員も『私たちは（組合が支持するバイデン前大統領ではなく）トランプ氏に投票しました。だから今度はトランプ氏が私たちを助けてほしい』と言っていた。地元の人たちがワンボイスになって認めてほしいと訴えてくれた。これには私も感動した。トランプ氏も最後まで悩んだと思うが、雇用が守られ、日鉄が投資をしっかりと実行してくれるなら認めようと納得したのだと思う」

第2ステップはまだこれから

　──USスチールの買収が完了し、節目を迎えたようにもみえますが、橋本会長の中でまだやるべき経営改革は残っているでしょうか。

　「経営改革を私がすべてやりきるのが適切かはわからないが、経営改革には2ステップある。第1ステップは収益の回復だ。これがなければ社員はやる気をなくして、辞めていく。第1ステップは何とか達成したと思っている。第2ステップは今の勢いを持続できるかだ」

"In the end, the local voices were united. U.S. Steel employees, who are under the labor union, said, 'We voted for Trump (not former President Biden, who is supported by the union), so now we want Trump to help us.' The local people spoke with one voice, pleading for recognition. I was moved by this. I think Trump struggled until the very end, but I think he came to the conclusion that he should recognize the company if jobs were protected and Nippon Steel was committed to making the investment."

The second step is yet to come

--The acquisition of U.S. Steel has been completed and it seems like a turning point has been reached, but are there any management reforms that Chairman Eiji Hashimoto still required to implement?

"I don't know if it's appropriate for me to carry out all the management reforms myself, but there are two steps to management reform. The first step is to restore profits. Without this, employees will lose motivation and quit. I think we've managed to achieve the first step. The second step is whether we can maintain the current momentum."

「第1ステップはトップダウンで改革できる。ただ、第2ステップは10〜20年後に元のもくあみに戻らないようにしなければいけない。世界一を目指して成長を続けるには2つのことが必要だ。1つ目は社員一人ひとりの意識の改革。仕事の仕方を変え、成長を追い求め、現状に満足しないという意識改革が必要となる」

「2つ目が企業風土、企業文化だ。成長ありき、挑戦ありき。そのために今日の仕事を見直す。これまで技術者は国内での仕事で満足していたが、本当に当社の技術が世界一かは国内では試せない。海外で通用するか挑戦する。これはトップダウンではできない。第1ステップがうまくいくほど、第2ステップへの移行は難しい。短期的に利益がV字回復し、給料も上がれば満足してしまう。トップを含めて社内での対話が必要だ」

日本から技術者40人を派遣

　──いまのUSスチールの課題はどこにあると見ていますか。

"The first step can be reformed from the top down. However, the second step is to make sure we don't go back to the way things were 10 to 20 years from now. To continue growing and become number one in the world, two things are necessary. The first is a change in the mindset of each and every employee. We need a change in mindset to change the way we work, pursue growth, and not be satisfied with the status quo."

"The second is the corporate climate and culture. Growth comes first, and challenges come first. To that end, we are reviewing the work we do today. Up until now, our engineers have been satisfied with work done domestically, but we cannot test domestically whether our technology is truly the best in the world. We are challenging ourselves to see if it can be used overseas. This cannot be done top-down. The more successful the first step is, the more difficult it will be to move on to the second step. People will be satisfied if profits make a V-shaped recovery in the short term and salaries rise. We need to have a dialogue within the company, including at the top."

40 engineers dispatched from Japan

--What challenges do you see facing U.S. Steel right now?

　「USスチールは設備の能力に対して生産量が少ない。稼働率が低いということだ。せいぜい7割ほどしかできていない。その原因は変動費が高いことにある。これは決定的な競争力の欠如につながる。需要はあるのに、増産しようと思うと変動費が増え、固定費の回収に結びつかない」

　「変動費が高いのはまず、つくり方が上手でないためだ。当社に比べて歩留まりが悪いといった問題がある。過去に投資もできていないので、設備が老朽化し不十分だ。物流も整っていない。変動費を下げるために、当社の技術者をまず40人、送っている。応援も相当数、送る。技術力はほぼイコール技術者だ。米国の鉄鋼業は長い間、衰退してきたので、大学や大学院で勉強している技術者の卵が圧倒的に足りない」

"US Steel's production volume is low compared to the capacity of its facilities. This means that its utilization rate is low. At best, it is operating at about 70% of capacity. The reason for this is high variable costs. This leads to a crucial lack of competitiveness. Even though there is demand, if they try to increase production, variable costs will increase, and this will not lead to the recovery of fixed costs."

"The reason for the high variable costs is, first of all, that they are not good at manufacturing. There are issues such as a lower yield rate compared to ours. They have not been able to invest in the past, so their equipment is old and insufficient. Logistics is not in order. To lower variable costs, we are sending 40 of our engineers to start with, and we will also send a considerable number of support staff. Technical ability is almost equal to that of an engineer. The American steel industry has been in decline for a long time, so there is an overwhelming shortage of aspiring engineers studying at universities and graduate schools."

「課題は米国の技術者が当社の派遣者の言うことを素直に聞くか。これについては買収に1年半かかったので、その間にUSスチールの技術者に何回も来てもらい、当社の製鉄所や研究所を見てもらった。実力が段違いなのは見れば分かる。当社をメルクマール（指標）にすれば効果が出るということは、彼らが一番わかっている」

心配なのは労働力の確保

　──USスチールでは今後、大型投資が控えています。

　「USスチール買収で2兆円、投資でさらに1兆5000億〜1兆6000億円というとびっくりされるが、鉄はこのぐらいかかる。例えば私が2019年に社長になってから24年度までの6年間で、日本国内で更新などに充てた設備投資がちょうど1兆6000億円だ。一見、巨額投資のように見えるが、鋼材の需要があるならば十分に採算性がある」

"The challenge was whether the American engineers would listen obediently to what our dispatched staff had to say. The acquisition took a year and a half, and during that time we had US Steel engineers come and see our steelworks and research laboratories on numerous occasions. It was clear to see that their capabilities were far superior. They understood better than anyone that they would see results if they used our company as a benchmark."

The concern is securing the workforce

--US Steel has some major investments planned for the future.

"People are surprised to hear that the acquisition of US Steel cost 2 trillion yen and that investment will be another 1.5 to 1.6 trillion yen, but steel costs about that much. For example, over the six years from when I became president in 2019 to fiscal 2024, capital investment in Japan for renewal and other purposes will be exactly 1.6 trillion yen. At first glance, this may seem like a huge investment, but if there is demand for steel, it will be fully profitable."

「唯一心配なのは労働力の確保だ。米国の製造業の従事者はもう1300万人しかおらず、年々減っている。ただ、熟練のワーカーを抱えているというのは強みでもある。そもそも、リスクがなく採算性のいい事業案件は存在しない。皆が殺到してもうからなくなる。リスクを取らないことが最大のリスクだ。リスクを他の競合メーカーよりもうまくマネージしたところが利益を獲得する。これが事業だ」

――米国市場では増産に見合うだけの需要がありますか。

「（買収にかかった）この1年半の間、マーケティングの専門家を送ってUSスチールの評価や、買収後の当社に対する期待の声を拾ってきた。相当、期待値は高く、それに応えることでUSスチールの足元の収益もよくなっていく」

クリフスのシェアを奪う

"The only thing we're worried about is securing the workforce. There are only 13 million people working in the U.S. manufacturing industry, and that number is decreasing every year. However, having skilled workers is also an advantage. To begin with, there are no risk-free, profitable business projects. If everyone rushes in, there will be no profit. The biggest risk is not taking risks. The companies that manage risks better than their competitors will reap the benefits. That's business."

--Is there enough demand in the U.S. market to justify increased production?

"During the past year and a half (of the acquisition), we have sent marketing experts to evaluate U.S. Steel and collect feedback on expectations for our company after the acquisition. Expectations are quite high, and meeting them will help improve U.S. Steel's current earnings."

Stealing Cliffs' market share

「米国ではつくれない製品に貢献できる。例えば今、米国は人工知能（AI）半導体に関連して電力の増強をしている。変圧器は大型になるほど効率がいいが、米国では何百トンもの変圧器に使う高級電磁鋼板を十分につくれない。そのため分解して輸入している。ハイブリッド車も電気自動車（EV）もモーターが必要だが、モーターコアに必要な高級で性能のいい電磁鋼板がない」

「自動車メーカーについてはこれまで、日系メーカーを含めて米国市場には供給していない。今後は日系の顧客を含めて、とにかく当社のものを使いたいという顧客すべてを対象に展開していく。競合との競争については、我々と最もバッティングするのはクリフスだ。申し訳ないが、クリフスのシェアは奪っていく」

　――USスチール買収に伴い、同社がスロバキアに持つ製鉄所も傘下に入りました。

"We can contribute to products that cannot be made in the United States. For example, the United States is currently increasing its power supply in connection with artificial intelligence (AI) semiconductors. The larger the transformer, the more efficient it is, but the United States cannot produce enough of the high-quality electromagnetic steel sheets used in transformers that weigh hundreds of tons. For this reason, they are disassembled and imported. Both hybrid cars and electric vehicles (EVs) need motors, but there is a lack of the high-quality, high-performance electromagnetic steel sheets needed for motor cores."

"Until now, we have not supplied to the U.S. market with regard to automakers, including Japanese manufacturers. Going forward, we will target all customers, including Japanese customers, who simply want to use our products. In terms of competition, our biggest rival is Cliffs. I'm sorry, but we are going to take away Cliffs' market share."

--With the acquisition of US Steel, the company also came under its umbrella of the steel mill in Slovakia.

| | |
|---|---|
| 「スロバキアは旧ソ連が主導してつくった製鉄所で、設備は立派で敷地は広いが半分弱しか使っていない。これを拡張していきたい。ただ現在、欧州全体の需要が低迷しておりエネルギーコストも高い。さらに中国の安値の鋼材が流入しており、巻き込まれている。テコ入れをしていきたい」 | "Slovakia's steelworks was built under the leadership of the former Soviet Union, and although the facilities are impressive and the site is large, less than half of it is being used. We would like to expand it. However, demand across Europe is currently sluggish and energy costs are high. What's more, cheap steel from China is flowing in, and we're being caught up in that. We would like to give it a boost." |
| 中国が1番ではない | China is not number one |
| ──中国は安価な鉄を輸出しています。対抗策はどうしますか。 | --China exports cheap steel. What countermeasures will you take? |
| 「世界の鉄鋼業の中で、中国は確かに生産量では圧倒的なポジションを占めているが、私は中国が1番だと思っていない。国営の製鉄会社をたくさん束ねただけだ。同じ製品の価格ですら国内でバラバラというありさまだ。利益は当社の何分の1しか出せていない。かつて掲げていた海外展開もできていない」 | "China certainly occupies an overwhelming position in terms of production volume in the global steel industry, but I don't think it's number one. It's just a bunch of state-run steel companies bundled together. Prices for the same product vary across the country. They are only making a fraction of the profits that ours are. And they haven't been able to expand overseas as they once promised." |

「鉄鋼需要は伸びているが、マージンが非常に低下している。鉄鋼業界では今のとんでもない状況が続き、5〜10年後に状況は全く異なっているはずだ。主な原因は中国からの安値攻勢、過剰輸出だ。中国の場合、市場メカニズムが働かない。誰かが音頭を取って需要に見合う生産にするということが起きない。中央政府も、鉄鋼業が地方の雇用と税収を支えるため鉄鋼生産を落とせない」

"Demand for steel is growing, but margins are falling sharply. The current outrageous situation in the steel industry will continue, and the situation will surely be completely different in five to 10 years. The main causes are China's low-price offensive and excess exports. In the case of China, the market mechanism is not working. No one is taking the lead to ensure production meets demand. The central government cannot reduce steel production, either, because the steel industry supports local employment and tax revenues."

「中国はプレゼンスを高めようとしている。世界一を目指す当社と相いれないため看過できない。先手を打って中国の海外展開を抑制していく。最も危ないのはインドだ。インドのように需要が伸びるところに中国は当然触手を伸ばす。それからタイだ。黙っていればタイはベトナムやインドネシアと同じように中国の傘下に入ってしまう。これは絶対に許しちゃいけない。ベトナムとインドネシアはもう手遅れだ」

"China is trying to increase its presence. We cannot ignore this as it is incompatible with our aim to be number one in the world. We will take the initiative and curb China's overseas expansion. The most dangerous country is India. China will naturally extend its tentacles to places like India where demand is growing. Then there is Thailand. If we remain silent, Thailand will come under China's umbrella, just like Vietnam and Indonesia. We must never allow this to happen. It's already too late for Vietnam and Indonesia."

規模がないと発展しない

Without scale there is no growth

　──不安定な時代に日鉄が向き合うために、何が必要だと考えていますか。

--What do you think Nippon Steel needs to do to face these unstable times?

「そういう大転換の時には新しい勝者と新しい敗者が必ず生まれる。したがって、10年後に必ず勝者になるためには、いま集中して投資しなければいけない。次世代に対して私がやるべきなのは夢と選択肢を残すということだ。これからの非常に先の見通しが難しい時代に、世界一に復権し、選択肢として米国、欧州、インド、タイというメイン4市場で拠点を確保する。増産を進め、10年後に粗鋼生産量1億トンを目指す」

「その時にもう1つ忘れてはいけないのは、やはり日本国内の製鉄事業は守り抜かなければいけない、すなわち世界一の開発力を維持しなければならないということ。鉄はたくさんつくっていないと技術の維持・発展ができない。残念ながら日本で鉄鋼生産を拡大するということはありえないので、人材の育成という観点からも海外展開が不可欠だ」

——さらなる海外M&A（合併・買収）は考えているでしょうか。

"At times of such great change, new winners and new losers are bound to emerge. Therefore, in order to be sure to be a winner in 10 years' time, we must concentrate on investing now. What I need to do for the next generation is to leave dreams and options behind. In these extremely difficult times ahead, we will regain our position as world leader and as options, secure bases in the four main markets of the United States, Europe, India and Thailand. We will increase production and aim to produce 100 million tons of crude steel in 10 years' time."

"At the same time, we must not forget that we must protect Japan's domestic steelmaking business, which means we must maintain our position as the world's leading development power. If we do not produce a lot of steel, we cannot maintain and develop our technology. Unfortunately, it is not possible to expand steel production in Japan, so expanding overseas is essential from the perspective of human resource development as well."

--Are you considering any further overseas M&A (mergers and acquisitions)?

「頭の中にはあるが、相手のあることなのでコメントは控える。ただ、中国からの安値攻勢を主な原因として鉄鋼メーカーは今、大変な状況にあり今後、破綻する会社が出てくる。これからは力のあるものにはチャンスがあると思っているので、すかさず（買収も）考えていきたい」

次のM&Aへ2つの条件

「米国ではUSスチールを含む4大メーカーが既に寡占状態だ。もう1社大手を買収するとしても独占禁止法に抵触する。黄金株（拒否権付き種類株式）にも米国内の競合事業の重要な買収には大統領などの同意が必要という約束がある。このため米大手はあくまで競合で、買収の対象ではない。独禁法上も問題がないような小ぶりのメーカーについては米国内でのチャンスは探っていく」

"It's on my mind, but I won't comment because it involves another party. However, steelmakers are currently in a difficult situation, mainly due to a low-price offensive from China, and some companies will go bankrupt in the future. I believe that from now on there will be opportunities for those with power, so I would like to consider (acquisitions) immediately."

Two conditions for the next M&A

"In the US, the four major manufacturers, including US Steel, already have a monopoly. If we were to acquire another major company, it would violate antitrust laws. The golden shares (class shares with veto powers) also include a clause that requires the consent of the president or other officials to be obtained for any significant acquisition of a competing business within the US. For this reason, the major US companies are merely competitors, not targets for acquisition. We will explore opportunities within the US for smaller manufacturers that would not cause any problems under antitrust laws."

「中国やベトナム、インドネシアなどはあまり興味はない。中国からの安値輸出がおさまらない限り、アジアの建設用鋼材の市場で採算を確保できることはない。当社のM&Aの対象は、需要が確実に伸び、かつ当社の技術力が生かせる高級鋼の需要があるところ。この2つの条件が必須だ」

（聞き手は松田直樹、ニューヨーク=川上梓、茂野新太）

"We're not particularly interested in China, Vietnam or Indonesia. As long as low-priced exports from China don't subside, we won't be able to secure profits in the Asian construction steel market. Our M&A targets are places where demand is sure to grow and where there is demand for high-quality steel in which our technological capabilities can be utilized. These two conditions are essential."

## ご注意

このサービスを介して提供される英訳は、日経が作成するか、又は、第三者から使用許諾を受けた日本語のコンテンツを、日経が一定の処理を行った上で、第三者が提供する自動翻訳システムを利用して自動的・機械的に翻訳した結果であり、日経は、当該英訳に関して、その正確性、信頼性、妥当性及び特定目的への適合性を含め、明示又は黙示にも、いかなる保証もしません。ユーザーは、このサービスが、自動的かつ機械的に情報を認識・分析して結果を出力する自動翻訳システムを使用したサービスであることを十分に理解した上で、このサービスを利用するものとします。

The English translations provided through this service are the result of automatic and mechanical translation of contents written in Japanese and created by Nikkei or licensed by a third party, by an automatic translation system provided by a third party after certain processing of the contents by Nikkei. Nikkei disclaims all warranties, express or implied, related to the English translations, including any warranty of accuracy, reliability, validity and fitness for a particular purpose. Users shall use this service with the full understanding that it employs an automatic translation system that automatically and mechanically recognizes and analyzes information and outputs the results.

本サービスに関する知的財産権その他一切の権利は、日本経済新聞社またはその情報提供者に帰属します。また、本サービスに掲載の記事・写真等の無断複製・転載を禁じます。

Nikkei Inc. No reproduction without permission.

## 日鉄・橋本会長「10年後、必ず世界一に復権」　日米で中国封じ込め

2025/7/7 5:00 |日本経済新聞　電子版

|  | 翻訳結果 |
|---|---|

　日本製鉄の橋本英二会長兼最高経営責任者（CEO）は日本経済新聞の取材に応じ、粗鋼生産量を今後10年で現在の6割増となる1億トンに引き上げる計画を明らかにした。橋本氏は「10年後、必ず世界一に復権する。そのために今、集中して投資する必要がある」と強調した。買収が完了した米鉄鋼大手USスチールやインドなどの拠点で一気に増産を進め、中国勢に対抗する。

　日鉄は1970年代初めにいったん世界一となったが（当時は新日本製鉄）、2000年代に入ると中国勢などの台頭で首位から陥落し、日本の製造業は失われた30年を過ごした。橋本会長は「次世代に夢と選択肢を残すため、世界をリードする会社になる」と再起への決意を示した。

In an interview with Nikkei, Nippon Steel Chairman and CEO Eiji Hashimoto revealed plans to increase crude steel production to 100 million tons in the next 10 years, a 60% increase from the current level. Eiji Hashimoto emphasized, "We will definitely regain the number one position in the world in 10 years. To achieve this, we need to invest intensively now." The company will rapidly increase production at its bases in India and elsewhere, including the American steel giant US Steel, which it has acquired, to compete with Chinese companies.

Nippon Steel was once number one in the world in the early 1970s (then Nippon Steel Corporation), but in the 2000s it fell from the top spot due to the rise of Chinese companies and other factors, and Japan's manufacturing industry experienced a lost 30 years. Chairman Eiji Hashimoto expressed his determination to make a comeback, saying, "We will become a world-leading company to leave dreams and options for the next generation."

　そのために核となるのは、6月に買収を完了したUSスチールだ。USスチールが生産できない電磁鋼板など最先端の設備投資を進めるほか、新たな製鉄所も建設する。28年までに総額110億ドル（約1兆6000億円）を投資し、粗鋼生産量（24年は1418万トン）を今後10年で2000万トン以上増やす。

　橋本会長は「米国の鉄鋼業は長い間衰退してきたため、技術者が圧倒的に足りない」と指摘。日本からまず40人の技術者を派遣し大幅なコストダウンも進める。

　USスチールの買収交渉に1年半かかり、その間、マーケティングの専門家を現地に送り込んで「米国市場を研究し尽くしてきた」。橋本会長は「品質の高い鋼材を期待する声は多い。USスチールは（米鉄鋼2位の）クリーブランド・クリフスからシェアを奪う。米国でのシェアは現状の15%程度から倍増させる」とした。

The core of this will be US Steel, which the company completed its acquisition of in June. In addition to investing in cutting-edge equipment such as electrical steel sheets, which US Steel cannot produce, the company will also build a new steelworks. The company will invest a total of $11 billion (approximately 1.6 trillion yen) by 2028, and increase crude steel production (14.18 million tons in 2024) by more than 20 million tons over the next 10 years.

Chairman Eiji Hashimoto pointed out that "the US steel industry has been in decline for a long time, so there is an overwhelming shortage of engineers." To begin with, 40 engineers will be dispatched from Japan to work toward significant cost reductions.

Negotiations to acquire US Steel took a year and a half, and during that time marketing experts were sent to the US to "thoroughly study the US market." Chairman Eiji Hashimoto said, "There are many people who are expecting high-quality steel products. US Steel will take market share from Cleveland-Cliffs (the second-largest US steel manufacturer). We will double our market share in the US from the current 15% or so."

日鉄は拒否権付き種類株式の一種であるUSスチールの黄金株を米政府に発行したほか、国家安全保障協定も結び「承諾なく米国内生産能力を削減しない」と明文化した。米国景気の先行き次第では鉄鋼需要が伸び悩む恐れもあるが、橋本会長は「米国の総需要に対する自給率は55％にとどまっている（自動車などの最終製品や部品の形で輸入される分も含む）」と指摘。トランプ米大統領が強調するように「国内生産を広げる余地は大きい」とする。

買収金額の約141億ドルに加え、28年までに総額で約110億ドルの巨額投資をすることについても、橋本氏が社長をつとめた19年度からの6年間で国内で1兆6000億円を投資したことを例に挙げ、鉄鋼業には巨額の投資が必要とした。

世界一を目指す上では中国勢への対抗力が問われる。中国は過剰生産となった鋼材を輸出に回し、安値攻勢でシェアを奪っている。こうした国に参入しても採算は確保できず、橋本氏は「ベトナムやインドネシアは既に手遅れだ」と危機感を示す。

Nippon Steel has issued US Steel golden shares, a type of class share with veto power, to the US government, and has also concluded a national security agreement, making it clear that "we will not reduce our domestic production capacity without consent." While there is a risk that demand for steel will stagnate depending on the future outlook for the US economy, Chairman Eiji Hashimoto pointed out that "the US's self-sufficiency rate for total demand is only 55% (including imports in the form of finished products and parts such as automobiles)." As US President Trump has emphasized, "there is a lot of room to expand domestic production."

In addition to the acquisition price of about 14.1 billion dollars, the company will make a huge investment of about 11 billion dollars by 2028. He cited the investment of 1.6 trillion yen in Japan over the six years since fiscal 2019, when Eiji Hashimoto was president, as an example, and said that the steel industry requires huge investments.

In order to become the world's number one, the company's ability to compete with China will be put to the test. China is exporting its surplus steel and taking market share with a low-price offensive. Entering these countries will not be profitable, and Eiji Hashimoto expressed a sense of crisis, saying, "It's already too late for Vietnam and Indonesia."

一方、成長期待が大きいインドについては「増産で先手を打って中国勢を封じ込む」と強調する。日鉄はインドで欧州アルセロール・ミタルと合弁企業を立ち上げており、今後10年で粗鋼生産量を現状よりも1500万トン上積みする。

世界でも数少ない成長市場のインドには中国勢も進出を狙っているとみられる。橋本会長は「中国がプレゼンスを高めることは許さない」と強調する。同様に日鉄が進出するタイでも中国に先んじてシェアを奪い中国の封じ込めを狙う。

欧州ではUSスチールがスロバキアに拠点を持つ。現状の生産能力は450万トンで、将来的には1000万トンまで拡張が可能だ。欧州景気の動向を見ながら増産を検討する。米欧やアジアでの一連の増産の結果、日本製鉄とUSスチールの単純合算で24年に5782万トンの粗鋼生産量を10年後に1億トン規模まで引き上げる。

On the other hand, regarding India, where growth is expected, he emphasized, "We will take the initiative by increasing production to contain the Chinese." Nippon Steel has established a joint venture with Europe's ArcelorMittal in India, and will increase crude steel production by 15 million tons over the next 10 years.

India is one of the few growing markets in the world, and it is believed that Chinese companies are also aiming to enter the market. Chairman Eiji Hashimoto emphasizes that "we will not allow China to increase its presence." Similarly, in Thailand, where Nippon Steel is expanding, they aim to take market share before China does and contain China.

In Europe, US Steel has a base in Slovakia. Its current production capacity is 4.5 million tons, and it can be expanded to 10 million tons in the future. They will consider increasing production while watching the trends of the European economy. As a result of a series of production increases in the US, Europe, and Asia, Nippon Steel and US Steel's combined crude steel production will increase from 57.82 million tons in 2024 to 100 million tons in 10 years.

| | |
|---|---|
| 　日本は鋼材需要が5000万トン前後で足踏みが続き、「将来は4000万トンを切るのは間違いない」（橋本会長）。日本は海外に高い技術力を広げるマザー工場としての役割を持つ。USスチールに常駐する技術者は100人規模まで増員する予定で、インドや欧州などでも日本の技術者が経験を積む機会を増やす。 | In Japan, steel demand has remained stagnant at around 50 million tons, and "it will definitely fall below 40 million tons in the future" (Chairman Eiji Hashimoto). Japan has the role of a mother factory that spreads high technological capabilities overseas. The number of engineers stationed at US Steel is planned to increase to 100, and opportunities for Japanese engineers to gain experience in India, Europe, and other places will also be increased. |
| 　橋本会長は「鉄は量をつくらなければ技術の維持、発展はできない。規模が不可欠だ」とし、次のM&A（合併・買収）にも意欲を示した。 | Chairman Eiji Hashimoto said, "With steel, technology cannot be maintained or developed without quantity. Scale is essential," and expressed enthusiasm for the next M&A (mergers and acquisitions). |
| 　（松田直樹、茂野新太、ニューヨーク=川上梓） | (Matsuda Naoki, Shigeno Arata, New York = Kawakami Azusa) |

**ご注意**

このサービスを介して提供される英訳は、日経が作成するか、又は、第三者から使用許諾を受けた日本語のコンテンツを、日経が一定の処理を行った上で、第三者が提供する自動翻訳システムを利用して自動的・機械的に翻訳した結果であり、日経は、当該英訳に関して、その正確性、信頼性、妥当性及び特定目的への適合性を含め、明示又は黙示にも、いかなる保証もしません。ユーザーは、このサービスが、自動的かつ機械的に情報を認識・分析して結果を出力する自動翻訳システムを使用したサービスであることを十分に理解した上で、このサービスを利用するものとします。

The English translations provided through this service are the result of automatic and mechanical translation of contents written in Japanese and created by Nikkei or licensed by a third party, by an automatic translation system provided by a third party after certain processing of the contents by Nikkei. Nikkei disclaims all warranties, express or implied, related to the English translations, including any warranty of accuracy, reliability, validity and fitness for a particular purpose. Users shall use this service with the full understanding that it employs an automatic translation system that automatically and mechanically recognizes and analyzes information and outputs the results.

本サービスに関する知的財産権その他一切の権利は、日本経済新聞社またはその情報提供者に帰属します。また、本サービスに掲載の記事・写真等の無断複製・転載を禁じます。

Nikkei Inc. No reproduction without permission.