IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, NIPPON STEEL NORTH AMERICA INC, <br><br> Plaintiffs, <br><br> vs. <br><br> CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, DAVID MCCALL, <br><br> Defendants, | 2:25-CV-00015-MJH |

ORDER

At the time of the Video Status Conference held on July 23, 2025, the Court permitted the parties to argue and address the case development in light of the transaction closing between U.S. Steel and Nippon Steel. At said conference, Plaintiffs conceded that their Motion for Preliminary Injunction (ECF No. 3) is now moot. Accordingly, the Court denies said Motion as moot. Further, based upon the changing landscape since the originally filed Motions to Dismiss, which included arguments on Plaintiffs' claims for requested injunctive relief, the Court finds it prudent to dismiss Defendants' Motions to Dismiss (ECF Nos. 77 and 79) as moot.

Because Plaintiffs indicated they will seek leave to file an Amended Complaint, it is hereby ordered as follows:

1. On or before August 22, 2025, Plaintiffs shall submit their Motion for Leave to Amend along with their Proposed Amended Complaint to Defendants for Review and Conferral; and

2. On or before September 8, 2025, Plaintiffs shall file their Motion for Leave to Amend along with their Proposed Amended Complaint;

3. On or before September 8, 2025, counsel shall confer about any proposed briefing schedule in response to Plaintiffs' Motion and file said joint proposal.

A further order of court will issue after the above filings.

DATED this 23rd day of July, 2025.

        BY THE COURT:

        _____
        MARILYN J. HORAN
        United States District Judge