# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC.,

    Plaintiffs,

vs.

CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL,

    Defendants.

Civil Action No.: 2:25-cv-15

---

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs United States Steel Corporation, Nippon Steel Corporation, and Nippon Steel North America, Inc., hereby provide this Court and the Clerk of Court notice of their voluntary dismissal with prejudice of the above-captioned matter, with each party to bear its own costs, expenses, and attorneys' fees. Plaintiffs therefore request that this matter be marked as closed.

Dated: September 3, 2025

OF COUNSEL:

Grant R. Mainland (NY 4628319)
(*pro hac vice*)
James H. Weingarten (DC 985070)
(*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Phone:  (212) 530-5000
Fax:  (212) 530-5219
Email:  gmainland@milbank.com
jweingarten@milbank.com

Jonathan M. Moses (NY 2836054)
(*pro hac vice*)
Adam L. Goodman (NY 5207816)
(*pro hac vice*)
WACHTELL, LIPTON,
ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Phone:  (212) 403-1000
Fax:  (212) 403-2000
Email:  jmmoses@wlrk.com
algoodman@wlrk.com

*Attorneys for Plaintiff United States Steel Corporation*

David B. Hennes (NY 2773190)
(*pro hac vice*)
Alexander B. Simkin (NY 4463691)
(*pro hac vice*)
Andrew S. Todres (NY 5347521)
(*pro hac vice*)
Stefan P. Schropp (DC 1026864)
(*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
David.Hennes@ropesgray.com
Alexander.Simkin@ropesgray.com

Respectfully submitted,

*/s/ Thomas E. Birsic*
Thomas E. Birsic (PA 31092)
Eric R.I. Cottle (PA 78152)
Wesley A. Prichard (PA 324411)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222
Phone:  (412) 355-6538
Fax:  (412) 355-6501
Email:  thomas.birsic@klgates.com
eric.cottle@klgates.com
wesley.prichard@klgates.com

*Attorneys for Plaintiff United States Steel Corporation*

*/s/ Daniel I. Booker*
Daniel I. Booker
Christopher R. Brennan
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA  15222
Phone: (412) 288-3131
Fax: (412) 288-3063
Email:  DBooker@ReedSmith.com
CBrennan@ReedSmith.com

*Attorneys for Plaintiffs Nippon Steel North America, Inc. and Nippon Steel Corporation*

Andrew.Todres@ropesgray.com
Stefan.Schropp@ropesgray.com

*Attorneys for Plaintiffs Nippon Steel North America, Inc. and Nippon Steel Corporation*