IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| UNITED STATES STEEL CORPORATION, NIPPON STEEL CORPORATION, and NIPPON STEEL NORTH AMERICA, INC., | : : : : | Civil Action No.: 2:25-cv-15 |
| Plaintiffs, | : : | |
| vs. | : : | |
| CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, and DAVID McCALL, | : : : | |
| Defendants. | : | |

---

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs United States Steel Corporation, Nippon Steel Corporation, and Nippon Steel North America, Inc., hereby provide this Court and the Clerk of Court notice of their voluntary dismissal with prejudice of the above-captioned matter, with each party to bear its own costs, expenses, and attorneys' fees. Plaintiffs therefore request that this matter be marked as closed.

It is so ordered this 4th day of September 2025

_____
Marilyn J. Horan
United States District Judge